IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEORGE WASHINGTON SAMANIEGO
A/K/A GEORGE W. SAMANIEGO, AND SILVIA J.
SAMANIEGO A/K/A SULVIA SAMANIEG,

    Appellants,

                                 Case No.  5D23-1290

v.                              LT Case No. 2020-CA-000884

DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-QS13, ET AL,

    Appellees.
_____/

Opinion filed June 20, 2023

Nonfinal Appeal from the Circuit Court
for Clay County,
Steven B. Whittington, Judge.

Jeff Barnes, of W.J. Barnes, P.A.,
Boca Raton, for Appellants.

Morgan L. Weinstein, of Van Ness Law
Firm, PLC, Ft. Lauderdale, for Appellee,
Deutsche Bank Trust Company Americas.

No Appearance for Other Appellees.

PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).

WALLIS, SOUD and MACIVER, JJ., concur.